DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AD SPECS OF FLORIDA, LLC** and **MICHELE C. ADAMS** d/b/a
**PROFORMA GLOBAL SOURCING,**
Appellants,

v.

**DENA VAN WINKLE, SCHUYLER VAN WINKLE and CORPORATE
MARKETING AND BRANDING, INC.** and **CORPORATE MARKETING
SOLUTIONS, INC.,**
Appellees.

No. 4D16-3411

[December 21, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mily Rodriguez Powell, Judge; L.T. Case No. CACE15-002798 (03).

Jonathan B. Sbar and Jodi L. Corrigan of Rocke, McLean & Sbar, P.A., Tampa, for appellants.

Stephanie M. Taylor of Thompson Legal, P.A., Davie, for appellees.

PER CURIAM.

*Affirmed.*

TAYLOR, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***